UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LOWELL MILNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:16CV1445 RLW |
| | ) |
| CORIZON MEDICAL CORP., et al, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Plaintiff, a prisoner, moves for leave to proceed in forma pauperis in this civil action, filed under 42 U.S.C. § 1983. Under 28 U.S.C. § 1915(b), plaintiff is required to submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff has not done so. A "certified copy" is one that has been certified by an authorized prison officer that it is a true and correct copy.

Accordingly,

**IT IS HEREBY ORDERED** that, within thirty (30) days from the date of this Order, plaintiff must submit a <u>certified</u> copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint.

Dated this 20th day of September, 2016.

_Ronnie L. White_
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE